In the Matter of the Transfer Tax upon the Estate of JULIUS STEINWENDER, Deceased.

TITLE GUARANTEE AND TRUST COMPANY et al., as Executors and Trustees, Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Steinwender,* 176 App. Div. 517, affirmed.
(Argued June 11, 1917; decided July 11, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 9, 1917, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax at the rate of five per cent upon the remainders after

certain life estates provided for in the will of Julius Steinwender, deceased.

*Harold Swain* and *Robert W. Cromley* for appellants.

*Schuyler C. Carlton* and *Lafayette B. Gleason* for respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, POUND and ANDREWS, JJ.